**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

JENDRI MALDONADO-ZAPON,

      Petitioner,

v.                                           Case No. 09-CV-10224

RAYMOND BOOKER,

      Respondent.
_____/

**ORDER DENYING PETITIONER'S MOTION TO HOLD HABEAS PETITION IN ABEYANCE AND GRANTING HIS MOTION TO CONSIDER THE PETITION**

    This matter is pending before the court on Petitioner Jendri Maldonado-Zapon's habeas corpus petition, filed pursuant to 28 U.S.C. § 2254. Petitioner filed a motion to hold his habeas petition in abeyance until the state supreme court could render a decision in his case. By motion filed May 14, 2009, Petitioner informs the court that his state court proceedings have concluded and asks the court to consider his petition for habeas relief. Accordingly,

    IT IS ORDERED that Petitioner's motion to hold his habeas petition in abeyance [Dkt. #2] is DENIED and his "Motion to Consider Habeas Petition" [Dkt. # 5] is GRANTED.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: May 26, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 26, 2009, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522